IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560-BLS<br><br>(Jointly Administered) |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jose Reta,<br><br>　　　　　Defendant. | Adv. Pro. No. 19-50755-JKS |

## MEDIATION STATUS REPORT

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation and Appointing Mediator, dated June 28, 2021, the undersigned Mediator reports that the mediation session is scheduled to occur on October 25, 2021 at 11:00 a.m.

Dated: September 23, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (#3376)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 351-9357
Facsimile: (302) 425-4664

15149244

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).