IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                   Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560-BLS<br><br>(Jointly Administered) |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*,<br><br>                   Plaintiff,<br><br>      v.<br><br>Jose Reta,<br><br>                   Defendant. | Adv. Pro. No. 19-50755-JKS |

**<u>MEDIATOR'S CERTIFICATE OF COMPLETION</u>**

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation and Appointing Mediator, dated June 28, 2021, the undersigned Mediator reports that the mediation was completed on October 25, 2021.

(a)    The following individuals were present:

(1)    Parties – Michael Goldberg in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust and Jose Reta.

(2)    Counsel – Jason S. Pomerantz, Esq. representing Plaintiff.

---

[1]    The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows:  Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

(b)     The matter has been completely resolved and counsel and parties have been instructed to file the appropriate dismissal documents.

Dated:  November 22, 2021          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (#3376)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone:  (302) 351-9357
Facsimile:  (302) 425-4664

15323639